IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER W. GUTHRIE,<br># 249 236, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:14-CV-716-WKW<br>) |
| ALABAMA BOARD OF<br>PARDONS AND PAROLES, *et<br>al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

On October 1, 2014, the Magistrate Judge filed a Recommendation (Doc. # 3) to which Plaintiff timely filed objections (Doc. # 5). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

(1)   The objections (Doc. # 5) are overruled;

(2)   the Recommendation (Doc. # 3) is ADOPTED;

(3)   the § 1983 claims against Defendants are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and/or (iii);

(4)   Plaintiff's challenge to the constitutionality of the convictions and sentence imposed upon him by the Circuit Court for Tallapoosa County, Alabama,

is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) as these claims are not properly before the court at this time; and

(5) because a prior Order permitted Plaintiff to amend his complaint (Doc. # 7) after the entry of the Recommendation, this action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 12th day of November, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE